1024

No. 744.  WALDRON, EXECUTRIX v. CITIES SERVICE CO. C. A. 2d Cir.  Certiorari granted.  *Samuel M. Lane* for petitioner.  *Simon H. Rifkind* and *Edward N. Costikyan* for respondent.

No. 682.  PASSINI v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.  *Melvin B. Lewis* and *Mitchell H. Caplan* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 692.  MORRISON MILLING CO. v. FREEMAN ET AL.; and

No. 693.  GENERAL MILLS, INC., ET AL. v. FREEMAN ET AL.  C. A. D. C. Cir.  Certiorari denied.  *William D. Neary* for petitioner in No. 692.  *Howard C. Westwood* and *Brice M. Clagett* for petitioners in No. 693.  *Solicitor General Marshall, Assistant Attorney General Sanders* and *David L. Rose* for respondents in both cases.

No. 736.  D. I. OPERATING CO. ET AL. v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.  *Jack A. Donnelley* for petitioners.  *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Meyer Rothwacks* for the United States.

No. 832.  JAMAICA TIME PETROLEUM, INC. v. FEDERAL INSURANCE Co.  C. A. 10th Cir.  Certiorari denied. *M. Lewis Lehman* for petitioner.  *Martin J. Purcell* and *Lawrence Weigand* for respondent.